UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| Anthony Meeks<br>    Plaintiff, | Case No. 19-cv-10247 |
| v. | Paul D. Borman<br>United States District Judge |
| James Warner and David Getter,<br><br>    Defendants.<br>_____/ | Anthony P. Patti<br>United States Magistrate Judge |

**OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 45), (2) GRANTING DEFENDANT'S MOTION TO DISMISS (ECF No. 31), and (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 33)**

On December 30, 2020, Magistrate Judge Anthony P. Patti issued a Report and Recommendation addressing Defendants Getter and Warner's April 13, 2020 motion to dismiss or, in the alternative, for summary judgment (ECF No. 31), and Plaintiff Anthony Meeks' May 7, 2020 motion for summary judgment (ECF No. 33). In the Report and Recommendation, Magistrate Judge Patti recommends the Defendants' motion be granted to the extent it seeks dismissal and the Plaintiff's motion be denied.

Having conducted a review of the Magistrate Judge's Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(b), this Court ADOPTS the Report and Recommendation (ECF No. 45), GRANTS the Defendants' Motion to Dismiss and DENIES Plaintiff's motion for summary judgment. This case is hereby dismissed.

SO ORDERED.

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated: March 9, 2021